UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEMETRIUS ALPHONSO JACKSON,

    Plaintiff,

v.

DENNIS HAPPALA, et al.,

    Defendants.

_____/

Case No. 2:18-cv-122

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. On November 30, 2018, Plaintiff's claims against Defendants Nelson, Michelli, Cepline, Sorenson, Taskila, Yon and Olson were dismissed (ECF No. 7). The only remaining Defendant, Dennis Happala, filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 11, 2019, recommending that this Court grant the motion and enter judgment in favor of Defendants. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 31) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 22) is GRANTED.

    **IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. See *McGore v. Wrigglesworth*,

114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

 A Judgment will be entered consistent with this Order.

Dated: January 31, 2020            /s/ Paul L. Maloney
                        Paul L. Maloney
                        United States District Judge