UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DEMETRIUS ALPHONSO JACKSON,

    Plaintiff,

v.

DENNIS HAPPALA, et al.,

    Defendants.
_____/

Case No. 2:18-cv-122

HONORABLE PAUL L. MALONEY

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiff.

Dated: January 31, 2020

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge